JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS MEYER, et al.,<br><br>    Defendants. | Case No. 8:25-cv-01728-DFM<br><br>JUDGMENT |

For the reasons set forth in the Order Granting Plaintiff's Motion for Judgment on the Pleadings it is hereby:

1.    ORDERED that Plaintiff shall have JUDGMENT in its favor; and

2.    DECLARED that Plaintiff does not have a duty to defend or indemnify Defendant Douglas Meyer with respect to the action styled <u>Kyle Rice v. Douglas Meyer et al.</u>, Case No. 21STCV18305, pending in the Superior Court of Los Angeles County.

Date: April 9, 2026

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge